## Commonwealth *v.* Wilcott, Appellant.

Argued April 16, 1969. *Donald W. Grieshober*, for appellant; *Robert B. McCullough*, Assistant District Attorney, and *William E. Pfadt*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Paoletti Unemployment Compensation Case.

Argued April 16, 1969. *Joseph P. Paoletti, Jr.*, appellant, in propria persona; *Sydney Reuben*, Assistant Attorney General, with him *William C. Sennett*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.